UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER LIU, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-02095-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART DEFENDANTS' MOTIONS TO DISMISS<br><br>(Doc. Nos. 16, 24, 29) |

　　　　Plaintiff Brian Beinlick is a state prisoner proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 28, 2022, the assigned magistrate judge issued findings and recommendations recommending that defendants' motions to dismiss (Doc. Nos. 16, 24) be granted in part and denied in part.  (Doc. No. 29.)  Specifically, the magistrate judge concluded that plaintiff's operative second amended complaint ("SAC") states cognizable claims against defendants Dr. Alexander Liu and Dr. Sandar Aung, but not against defendants Dr. Monivirin Son, County of San Joaquin, and the California Department of Corrections and Rehabilitation ("CDCR").  (*Id.* at 4–12.)  The magistrate judge also concluded that the granting of leave to amend would be futile because "[t]he SAC is the third pleading prepared by counsel, and it states no viable claim against San Joaquin County, CDCR, or Dr. Son" and "[p]laintiff has not indicated

that any additional facts exist that could be added by amendment to cure" the defects identified by the magistrate judge. (*Id.* at 13.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 13.) No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 28, 2022 (Doc. No. 29) are adopted in full;
2. The motion to dismiss filed on behalf of defendants Dr. Alexander Liu and San Joaquin County (Doc. No. 16) is granted in part and denied in part;
   a. Plaintiff's claims against defendant San Joaquin County are dismissed without leave to amend;
   b. Defendants' motion to dismiss plaintiff's claims against defendant Dr. Liu is denied;
3. The motion to dismiss filed on behalf of defendants Dr. Sandar Aung, Dr. Monivirin Son, and the California Department of Corrections and Rehabilitation (Doc. No. 24) is granted in part and denied in part;
   a. Plaintiff's claims against defendants Dr. Son and the California Department of Corrections and Rehabilitation are dismissed without leave to amend;
   b. Defendants' motion to dismiss plaintiff's claims against defendant Dr. Aung is denied;
4. This action shall proceed only on plaintiff's claims against defendants Dr. Liu and Dr. Aung;

/////

5. The Clerk of the Court is directed to update the docket to reflect that defendants Dr. Monivirin Son, County of San Joaquin, and the California Department of Corrections and Rehabilitation have been terminated as named defendants in this action; and

6. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **December 2, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE