UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDAR AUNG, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-2095 DAD AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding with counsel, seeks relief under 42 U.S.C. § 1983. The action has been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 6, 2022, the district judge assigned to this case adopted the findings and recommendations related to defendants' motions to dismiss. ECF No. 30. As a result, defendants Liu and Aung are the only remaining defendants in this action.

　　　　To date, neither defendant has filed an answer to the second amended complaint. Therefore, they will be ordered to do so pursuant to federal and local rules.

////
////
////
////

1

1   Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of
2 this order, defendant Liu and defendant Aung shall file answers to plaintiff's second amended
3 complaint pursuant to federal and local rules.
4 DATED: March 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE