Curtis E. Jimerson, Esq., Bar No. 232054
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Telephone: (209) 473-8732
cjimerson@mrrjlaw.com

Attorneys for Defendant
ALEXANDER LIU, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>          Plaintiff,<br><br>vs.<br><br>SANDAR AUNG, ALEXANDER LIU, MONIVIRIN SON, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, COUNTY OF SAN JOAQUIN AND DOES 1-10 INCLUSIVE,<br><br>          Defendants. | Case No. 2:19-cv-02095 DAD AC P<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

     WHEREAS the Court issued a Scheduling Order on April 24, 2023 (Dkt. # 37), and

     WHEREAS the Court set a fact discovery cutoff date of August 25, 2023, and a deadline to file all pre-trial motions, including dispositive motions for November 17, 2023, and

     WHEREAS the parties have diligently pursued discovery, are working cooperatively and are attempting to complete discovery pursuant to the Court's Scheduling Order, and

     WHEREAS because of unanticipated scheduling conflicts, Defendant Alexander Liu, M.D. has noticed, but has been unable to take plaintiff Brian Beinlick's deposition.

     NOW THEREFORE the Parties have met and conferred and hereby jointly request and stipulate to the following modification of the Discovery and Scheduling Order as follows:

1

////

1. Fact discovery cutoff, including the filing of any motions necessary to compel discovery, shall be extended to October 27, 2023, and

2. The deadline to file pretrial motions, including motions for summary judgment, shall be extended to January 19, 2024.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: July 27, 2023                         MORDAUNT, ROUNDY, REIHL & JIMERSON

By: */s/ Curtis E. Jimerson*
    Curtis E. Jimerson, Esq.
    Attorneys for Defendant
    ALEXANDER LIU, M.D.

Dated: July 27, 2023                         ATTORNEY GENERAL OF CALIFORNIA

By: */s/ William P. Buranich*
    William P. Buranich, Esq.
    Deputy Attorney General
    Attorneys for Defendant
    S. AUNG, M.D.

Dated: July 27, 2023                         LAW OFFICES OF AKUNDINOBI & IKONTE

By: */s/ Chijioke O. Ikonte*
    Chijioke O. Ikonte, Esq.
    Attorneys for Plaintiff
    BRIAN BEINLICK

**PURSUANT TO STIPULATION IT IS SO ORDERED**

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY DISCOVERY AND SCHEDULING ORDER